NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAP-XX, LTD.,**
*Plaintiff-Appellant*

v.

**MAXWELL TECHNOLOGIES, INC.,**
*Defendant-Appellee*

---

2024-1411

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01733-JLH, .

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

February 16, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 16, 2024